IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:13-cr-04064-BCW-1 |
| vs. | ) | Case No. 2:15-cr-04019-BCW-1 |
| | ) | Case No. 2:15-cr-04020-BCW-1 |
| TIMOTHY PATRICK HOYT, | ) | Case No. 2:15-cr-04021-BCW-1 |
| | ) | Case No. 2:15-cr-04022-BCW-1 |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY AND**
**ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to all counts in the indictments indicated in the above caption, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offenses. Sentencing will be set by subsequent Order of the Court.

       /s/Brian C. Wimes
       **BRIAN C. WIMES**
       **UNITED STATES DISTRICT JUDGE**

Date:   November 24, 2015